IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

|  |  |
|---|---|
| M.B., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | No. 3:16-cv-02063 |
| DR. WENDY LONG, in her official ) | |
| capacity as Deputy Commissioner of ) | Judge Campbell |
| the Tennessee Department of Finance & ) | Magistrate Judge Newbern |
| Administration and Director of the ) | |
| Bureau of TennCare, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6), for the reasons set forth in the accompanying Memorandum, Defendants respectfully move for an order dismissing this case with prejudice for lack of jurisdiction and failure to state a claim upon which relief may be granted.

September 27, 2016                                                  Respectfully submitted,

                                                                    /s/Michael W. Kirk
Herbert H. Slatery III                                              Michael W. Kirk
Attorney General and Reporter                                       Nicole J. Moss

Linda A. Ross, TN BPR #4161                                         COOPER & KIRK, PLLC
Senior Deputy Attorney General                                      1523 New Hampshire Avenue, N.W.
Carolyn E. Reed, TN BPR #022248                                     Washington, D.C. 20036
Senior Counsel                                                      (202) 220-9600
                                                                    mkirk@cooperkirk.com
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202
(615) 741-1771                                                      *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served upon all counsel of record on this 27th day of September, 2016, via the Court's Electronic Case Filing system.

/s/Michael W. Kirk
Michael W. Kirk