IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| M.B.<br><br>      Plaintiff,<br><br>v.<br><br>DR. WENDY LONG, in her official capacity as the Deputy Commissioner of the Tennessee Department of Finance and Administration and Director of the Bureau of TennCare and LARRY B. MARTIN, in his official capacity as Commissioner of the Tennessee Department of Finance and Administration,<br><br>      Defendants. | Civil Action No. 3:16-cv-02063<br><br>Judge Campbell<br>Magistrate Judge Newbern |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.01(f), Jeff H. Gibson of Bass, Berry & Sims PLC, hereby gives notice that he will appear and represent the Plaintiff as co-counsel of record in this action.

                                    Respectfully submitted,

DATED this October 13, 2016        /s/ Jeff H. Gibson
                                              Jeff H. Gibson (BPR#026321)
                                              Bass, Berry & Sims PLC
                                              150 Third Avenue South, Suite 2800
                                              Nashville, TN 37201
                                              Phone: 615-742-7749
                                              Fax: 615-248-8799
                                              jgibson@bassberry.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2013, a true and correct copy of the foregoing has been filed with the Court through the CM/ECF filing system, and that by virtue of this filing notice will be sent electronically to all counsel of record, including:

Michael W. Kirk
Nicole J. Moss
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
mkirk@cooperkirk.com
nmoss@cooperkirk.com

Linda A. Ross
Carolyn E. Reed
Office of the Attorney General
P. O. Box 20207
Nashville, TN 37202
Linda.Ross@ag.tn.gov
Carolyn.reed@ag.tn.gov

Christopher E. Coleman
Gordon Bonnyman, Jr.
Tennessee Justice Center
301 Charlotte Avenue
Nashville, TN 37201
ccoleman@tnjustice.org
gbonnyman@tnjustic.org

                        /s/ Jeff H. Gibson

20618566.1

2

Case 3:16-cv-02063   Document 31   Filed 10/13/16   Page 2 of 2 PageID #: 206