FROM: KEITH THROCKMORTON

TO: Counsel of Record in *M.B. v. Long, et al.*, Case No. 3:16-cv-02063

RE: NOTICE CONCERNING WAIVER OF JUDICIAL DISQUALIFICATION

DATE: October 4, 2016

    Please be advised that Magistrate Judge Alistair E. Newbern has made charitable contributions to the Tennessee Justice Center, whose attorneys represent Plaintiff M. B. in the case referenced above. Magistrate Judge Newbern was also associated with Plaintiff's counsel Chris Coleman and Gordon Bonnyman in their roles as adjunct professors at Vanderbilt Law School.

    Canon 3D of the Judicial Code of Conduct provides that, when a judge is disqualified in a proceeding because "the judge's impartiality might reasonably be questioned," the judge may participate in the case if all parties and lawyers, after notice of the basis for the disqualification, agree in writing to waive the disqualification under a procedure independent of the judge's participation.

    Unless a waiver is obtained from all parties and all counsel, Magistrate Judge Newbern intends to disqualify herself from all further proceedings in the case.

    If you and your client wish to waive the judge's disqualification, both you and your client must sign below and deliver this form to me by the close of business on October 18, 2016. Copies of your executed forms should not be sent to Magistrate Judge Newbern or filed electronically. Copies of the executed forms should not be sent to other counsel. If all parties and all counsel submit executed waivers, this Notice and all responses will be made part of the record, as required by Canon 3D. If a waiver is not timely received from all parties and all counsel, this Notice and any responses will be kept under seal by the Clerk and not shown to the Court, nor will the Court be informed of the identity of any party or lawyer who declined to waive the disqualification. If the disqualification is not waived, Magistrate Judge Newbern will recuse herself and another Magistrate Judge will be assigned to conduct all case management in this case.

    Waivers should be sent to Keith Throckmorton, Clerk of Court, Estes Kefauver U.S. Courthouse, 801 Broadway, Room 800, Nashville, TN, 37203.

1

_M_ _B_
M. B., Plaintiff

10/17/2016
Date

_[signature]_
George Gordon Bonnyman, Jr., Counsel for Plaintiff

_[signature]_
Christopher E. Coleman, Counsel for Plaintiff

10/18/2016
Date

2

RECE...
IN CLERK'S ...
OCT 14 2016
U. S. DISTRICT ...
MID. DIST. TE...

FROM:     KEITH THROCKMORTON

TO:       Counsel of Record in *M.B. v. Long, et al.*, Case No. 3:16-cv-02063

RE:       NOTICE CONCERNING WAIVER OF JUDICIAL DISQUALIFICATION

DATE:     October 4, 2016

Please be advised that Magistrate Judge Alistair E. Newbern has made charitable contributions to the Tennessee Justice Center, whose attorneys represent Plaintiff M. B. in the case referenced above. Magistrate Judge Newbern was also associated with Plaintiff's counsel Chris Coleman and Gordon Bonnyman in their roles as adjunct professors at Vanderbilt Law School.

Canon 3D of the Judicial Code of Conduct provides that, when a judge is disqualified in a proceeding because "the judge's impartiality might reasonably be questioned," the judge may participate in the case if all parties and lawyers, after notice of the basis for the disqualification, agree in writing to waive the disqualification under a procedure independent of the judge's participation.

Unless a waiver is obtained from all parties and all counsel, Magistrate Judge Newbern intends to disqualify herself from all further proceedings in the case.

If you and your client wish to waive the judge's disqualification, both you and your client must sign below and deliver this form to me by the close of business on October 18, 2016. Copies of your executed forms should not be sent to Magistrate Judge Newbern or filed electronically. Copies of the executed forms should not be sent to other counsel. If all parties and all counsel submit executed waivers, this Notice and all responses will be made part of the record, as required by Canon 3D. If a waiver is not timely received from all parties and all counsel, this Notice and any responses will be kept under seal by the Clerk and not shown to the Court, nor will the Court be informed of the identity of any party or lawyer who declined to waive the disqualification. If the disqualification is not waived, Magistrate Judge Newbern will recuse herself and another Magistrate Judge will be assigned to conduct all case management in this case.

Waivers should be sent to Keith Throckmorton, Clerk of Court, Estes Kefauver U.S. Courthouse, 801 Broadway, Room 800, Nashville, TN, 37203.

1

*[signature: Wendy Long MD]*

Wendy Long, Defendant

October 6, 2016
Date

*[signature]*

Carolyn E. Reed, Counsel for Defendant

*[signature: Linda A. Ross]*

Linda A. Ross, Counsel for Defendant

*[signature]*

Michael W. Kirk, Counsel for Defendant

*[signature]*

Nicole J. Moss, Counsel for Defendant

October 5, 2016
Date

2

FROM: KEITH THROCKMORTON

TO: Counsel of Record in *M.B. v. Long, et al.*, Case No. 3:16-cv-02063

RE: NOTICE CONCERNING WAIVER OF JUDICIAL DISQUALIFICATION

DATE: October 4, 2016

Please be advised that Magistrate Judge Alistair E. Newbern has made charitable contributions to the Tennessee Justice Center, whose attorneys represent Plaintiff M. B. in the case referenced above. Magistrate Judge Newbern was also associated with Plaintiff's counsel Chris Coleman and Gordon Bonnyman in their roles as adjunct professors at Vanderbilt Law School.

Canon 3D of the Judicial Code of Conduct provides that, when a judge is disqualified in a proceeding because "the judge's impartiality might reasonably be questioned," the judge may participate in the case if all parties and lawyers, after notice of the basis for the disqualification, agree in writing to waive the disqualification under a procedure independent of the judge's participation.

Unless a waiver is obtained from all parties and all counsel, Magistrate Judge Newbern intends to disqualify herself from all further proceedings in the case.

If you and your client wish to waive the judge's disqualification, both you and your client must sign below and deliver this form to me by the close of business on October 18, 2016. Copies of your executed forms should not be sent to Magistrate Judge Newbern or filed electronically. Copies of the executed forms should not be sent to other counsel. If all parties and all counsel submit executed waivers, this Notice and all responses will be made part of the record, as required by Canon 3D. If a waiver is not timely received from all parties and all counsel, this Notice and any responses will be kept under seal by the Clerk and not shown to the Court, nor will the Court be informed of the identity of any party or lawyer who declined to waive the disqualification. If the disqualification is not waived, Magistrate Judge Newbern will recuse herself and another Magistrate Judge will be assigned to conduct all case management in this case.

Waivers should be sent to Keith Throckmorton, Clerk of Court, Estes Kefauver U.S. Courthouse, 801 Broadway, Room 800, Nashville, TN, 37203.

1

_____
Larry B. Martin, Defendant

10/12/16
_____
Date

_____
Carolyn E. Reed, Counsel for Defendant

_____
Linda A. Ross, Counsel for Defendant

_____
Michael W. Kirk, Counsel for Defendant

_____
Nicole J. Moss, Counsel for Defendant

October 5, 2016
_____
Date

2