UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| M B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:16-cv-02063 |
| ) | JUDGE CRENSHAW |
| WENDY LONG et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Pursuant to Administrative Order No. 176, this action is transferred to U.S. District Chief Judge Kevin H. Sharp, as a "related case" to Civil Action No. 3:14-cv-01492, which has been reassigned to Judge Sharp's Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE