IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| M.B.<br><br>     Plaintiff,<br><br>v.<br><br>WENDY LONG, et al.,<br><br>     Defendants. | Civil Action No. 3:16-cv-02063<br><br><br>Judge Sharp<br>Magistrate Judge Newbern |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.01(f), Matthew A. Schultz, Assistant Attorney General with the Tennessee Office of the Attorney General, hereby gives notice that he will appear and represent the defendants as counsel of record in this action.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/Matthew A. Schultz
Matthew A. Schultz (TN BPR # 034563)
Assistant Attorney General
Health Care Division
P.O. Box 20207
Nashville, TN  37202
(615) 741-3160
Email: matthew.schultz@ag.tn.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's electronic filing system on this 21st day of March, 2017.

Gordon Bonnyman, Jr.
Christopher E. Coleman
TENNESSEE JUSTICE CENTER
211 Seventh Avenue North, Suite 100
Nashville, TN 37219

Jeff H. Gibson
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201

s/Matthew A. Schultz