IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| M.B.<br>      Plaintiff,<br><br>v.<br><br>DR. WENDY LONG, in her official capacity as the Deputy Commissioner of the Tennessee Department of Finance and Administration and Director of the Bureau of TennCare and LARRY B. MARTIN, in his official capacity as Commissioner of the Tennessee Department of Finance and Administration,<br><br>      Defendants. | Civil Action No. 3:16-cv-02063<br><br>Judge Berg<br>Magistrate Judge Newbern |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff M.B. and Defendants Dr. Long and Commissioner Martin, by and through their attorneys, respectfully and jointly submit this Joint Stipulation of Dismissal of this action with prejudice. The parties agree that court costs and fees should be charged to the Plaintiff. The parties request that the Clerk of Court now close this case.

1

Respectfully submitted,

| | |
|---|---|
| TENNESSEE JUSTICE CENTER | HERBERT H. SLATERY III<br>Attorney General and Reporter |
| /s/Christopher E. Coleman<br>Christopher E. Coleman  TN BPR 24950<br>Gordon Bonnyman, Jr. TN BPR 2419<br>TENNESSEE JUSTICE CENTER<br>211 Seventh Avenue North, Suite 100<br>Nashville, Tennessee 37219<br>(615) 255-0331<br><br>Jeff H. Gibson  TN BPR 26321<br>BASS, BERRY & SIMS PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>(615) 742-6200 | /s/Linda A. Ross *by CEC w/permission*<br>Linda A. Ross  TN BPR 4161<br>Senior Deputy Attorney General<br>Carolyn E. Reed  TN BPR 022248<br>Special Counsel - Health Care<br>Matthew A. Schultz  TN BPR 034563<br>Assistant Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>Health Care Division<br>P.O. Box 20207<br>Nashville, TN 37202<br>(615) 741-1771<br><br>Michael W. Kirk<br>Nicole J. Moss<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600 |
| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing has been filed with the Court through the CM/ECF filing system, and that by this filing notice will be sent electronically to all counsel of record, including:

| | |
|---|---|
| Linda A. Ross<br>Carolyn E. Reed<br>Matthew A. Schultz<br>OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 20207<br>Nashville, TN 37202 | Michael W. Kirk<br>Nicole J. Moss<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, D.C. 20036 |

   /s/ Christopher E. Coleman
   Christopher E. Coleman

2