ORDER
Stipulation granted.

/s/Terrence Berg
US DISTRICT JUDGE
SITTING BY SPECIAL
DESIGNATION

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| M.B.<br>     Plaintiff,<br><br>v.<br><br>DR. WENDY LONG, in her official capacity as the Deputy Commissioner of the Tennessee Department of Finance and Administration and Director of the Bureau of TennCare and LARRY B. MARTIN, in his official capacity as Commissioner of the Tennessee Department of Finance and Administration,<br><br>     Defendants. | Civil Action No. 3:16-cv-02063<br><br>Judge Berg<br>Magistrate Judge Newbern |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff M.B. and Defendants Dr. Long and Commissioner Martin, by and through their attorneys, respectfully and jointly submit this Joint Stipulation of Dismissal of this action with prejudice. The parties agree that court costs and fees should be charged to the Plaintiff. The parties request that the Clerk of Court now close this case.

1